UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH PALMER (#295868)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 07-708-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 20, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief will be denied.

Baton Rouge, Louisiana, June 24, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA