FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 24 P 2:25

SIGN
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH PALMER (#295868)

CIVIL ACTION

VERSUS

NO. 07-708-C

BURL CAIN, ET AL

**JUDGMENT**

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petitioner's application for habeas corpus relief is denied and this matter is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, June 24, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA