UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUL 22 P 4:03

BY DEPUTY CLERK

KEITH PALMER (#295868)

VERSUS                                            CIVIL ACTION

BURL CAIN, ET AL                                  NUMBER 07-708-RET-SCR

### CERTIFICATE OF APPEALABILITY

A petition for the issuance of a certificate of appealability having been filed in the above captioned case in which detention complained of arises out of process issued by a State court, or the final order in a proceeding under § 2255, the court having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), Federal Rules of Appellate Procedure, hereby finds that:

_____    a substantial showing of the denial of a constitutional right on the issue(s) stated below has been made, petitioner's motion for certificate of appealability is **GRANTED**.

ISSUE(S):

__X___    a substantial showing of the denial of a constitutional right has not been made, petitioner's motion for certificate of appealability is **DENIED** for the reasons set forth in the magistrate judge's report.

Baton Rouge, Louisiana, July __22__, 2008.

                                    _____
                                    RALPH E. TYSON, CHIEF JUDGE
                                    MIDDLE DISTRICT OF LOUISIANA